FILED
8/12/2021

Clerk, U.S. District Court
District of Montana
Great Falls Division

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. TRISHA JEAN McDANOLD, Defendant. | VIOLATION: 9408446 Location Code: M23F ORDER |

Based upon the United States' motion to accept the defendant's payment of a $125 fine and $30 processing fee for violation 9408446 (for a total of $155), and for good cause shown, IT IS ORDERED that the $155 fine paid by the defendant is accepted as a full adjudication of violation 9408446.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 16, 2021, is VACATED.

DATED this 12th day of August, 2021.

_____
John Johnston
United States Magistrate Judge